**FILED**

OCT 1 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES EARL THOMPSON )
REG.# 05892-007 )
FCI PETERSBURG (MED) )
P.O.Box 90043 )
Petersburg, Virginia )
       23804 )
       plaintiff, )
 )  C.A. NO:    07 1848
v. )
 )
EXECUTIVE OFFICE FOR THE )
UNITED STATES ATTORNEYS )
F.O.I.A/Privacy Act Unit )
600 E.Street, NW, Room 7300 )
Washington, DC. 20530 )
       defendant. )
 )

## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

James Earl Thompson (Plaintiff) pro se and pursuant to 28 U.S.C. §1915(d) moves respectfully hereby to proceed in the above captioned matter in forma pauperis. Plaintiff is indigent and cannot pre pay fees and costs or otherwise provide security.

In support hereof, Plaintiff has attached an Affidavit of Poverty hereto.

Respectfully submitted this 18 day of Sept., 2007.

*James Earl Thompson*
James Earl Thompson
Reg.# 05892-007
FCI Petersburg(med)
P.O.Box 90043
Petersburg, Virginia
       23804

**RECEIVED**

SEP 2 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2

United States District Court
District of Columbia

| | |
|---|---|
| James Earl Thompson ) <br> Reg. #05892-007 ) <br> F.C.I. Petersburg ) <br> P.O. Box 90043 ) <br> Petersburg, Va. 23804 ) <br>     Plaintiff ) <br> ) <br> ) <br> V ) <br> ) <br> ) <br> Executive Office For The ) <br> United States Attorneys ) <br> F.O.I.A. / Privacy Act Unit ) <br> 600 E. St., N.W. room 7300 ) <br> Washington, D.C. 20530 ) <br>     defendant | C. A. No _____ |

Affidavit of Poverty

James Earl Thompson, being first duly sworn acording to law, deposes and says:

    1) I am the plaintiff in the above-titled action;

    2) I bring this action in good faith;

    3) This action seeks to.. Procure 154 pages from the executive office for the United States Attorneys that were withheld from plaintiff after his F.O.I.A. request;

    4) I belive that I am entitled to the redress sought in this action;

    5) I have read and know the contents of the complaint and believe them to be true;

    6) The only money I own is that sent from home by my family for the purpose of personal maintenance. I presently have $0.41 in my commissary account. See Attachment A of this affidavit, which is a certified copy of my trust fund account;

-1-

7) Other than the above money received by me from my family I have no other income other then my inmate pay of $8.00 per month;

8) Because of my poverty I am unable to pay the cost of this action, to give security thereafter, or to employ an attorney.

The statements made herein-above are true and correct to the best of my knowledge and are made under the penalty of perjury in accordance with 28 USC § 1746.

<u>And Further This Affidavit Sayeth Not</u>

*James Earl Thompson*
James Earl Thompson

CERTIFICATE OF SERVICE

   I certify that a copy of the foregoing Motion for Leave to Proceed In Forma Pauperis and an Affidavit of Poverty in support thereof was mailed on this _18_ day of _September_, 2007 by first class mail, postage prepaid, unto the following:

   Executive Office For the United States Attorneys
   600 E. St., N.W., Room 7300
   Washington, D.C. 20530

                                   _James Earl Thompson_
                                   James Earl Thompson
                                   Reg. # 05892-007

# Inmate Statement

| Inmate Reg #: | 05892007 | Current Institution: | Petersburg Complex FCI |
| --- | --- | --- | --- |
| Inmate Name: | THOMPSON, JAMES | Housing Unit: | PEM-E-N |
| Report Date: | 09/18/2007 | Living Quarters: | E03-033L |
| Report Time: | 5:00:30 PM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| PEX | 9/12/2007 7:01:45 PM | 52 | | | Sales | ($8.05) | | $0.24 |
| PEX | 9/6/2007 6:43:10 AM | GIPP0807 | | | Payroll - IPP | $8.28 | | $8.29 |
| PEX | 8/8/2007 7:51:34 PM | 81 | | | Sales | ($7.99) | | $0.01 |
| PEX | 8/7/2007 7:50:32 AM | GIPP0707 | | | Payroll - IPP | $7.92 | | $8.00 |
| PEX | 7/11/2007 8:06:58 PM | 81 | | | Sales | ($12.85) | | $0.08 |
| PEX | 7/5/2007 7:03:05 AM | GIPP0607 | | | Payroll - IPP | $12.84 | | $12.93 |
| PEX | 6/19/2007 7:18:04 PM | 44 | | | Sales | ($3.05) | | $0.09 |
| PEX | 6/5/2007 7:42:14 AM | GIPP0507 | | | Payroll - IPP | $2.64 | | $3.14 |
| PEX | 5/8/2007 8:26:30 PM | 71 | | | Sales | ($7.10) | | $0.50 |
| PEX | 5/4/2007 6:41:45 AM | GIPP0407 | | | Payroll - IPP | $7.56 | | $7.60 |
| PEX | 4/10/2007 8:26:25 PM | 82 | | | Sales | ($11.55) | | $0.04 |
| PEX | 4/4/2007 1:39:36 PM | GIPP0307 | | | Payroll - IPP | $9.24 | | $11.59 |
| PEX | 3/21/2007 9:01:18 PM | 90 | | | Sales | ($22.70) | | $2.35 |
| PEX | 3/13/2007 5:56:13 AM | 70178501 | | | Lockbox - CD | $25.00 | | $25.05 |
| PEX | 3/12/2007 6:56:25 PM | 36 | | | Sales | ($14.85) | | $0.05 |
| PEX | 3/5/2007 8:34:37 PM | 73 | | | Sales | ($4.25) | | $14.90 |
| PEX | 3/5/2007 10:04:06 AM | GIPP0207 | | | Payroll - IPP | $18.62 | | $19.15 |
| PEX | 2/19/2007 12:46:29 PM | 53 | | | Sales | ($15.80) | | $0.53 |
| PEX | 2/12/2007 8:11:18 PM | 80 | | | Sales | ($34.40) | | $16.33 |
| PEX | 2/7/2007 7:00:25 PM | TFN0207 | | | Phone Withdrawal | ($3.00) | | $50.73 |
| PEX | 2/7/2007 1:36:18 PM | GIPP0107 | | | Payroll - IPP | $32.48 | | $53.73 |
| PEX | 2/7/2007 1:36:06 PM | GIPP0107 | | | Payroll - IPP | $12.16 | | $21.25 |
| PEX | 2/5/2007 8:07:35 PM | 79 | | | Sales | ($31.00) | | $9.09 |
| PEX | 2/1/2007 11:14:23 AM | TFN0201 | | | Phone Withdrawal | ($5.00) | | $40.09 |
| PEX | 1/31/2007 3:15:32 AM | TX013107 | | | Transfer - In from TRUFACS | $25.00 | | $45.09 |
| PEX | 1/30/2007 5:47:06 AM | 70175601 | | | Lockbox - CD | $20.00 | | $20.09 |
| PEX | 1/15/2007 6:39:39 PM | 113 | | | Sales | ($50.45) | | $0.09 |
| PEX | 1/10/2007 3:57:40 AM | TX011007 | | | Transfer - In from TRUFACS | $50.54 | | $50.54 |

1

Total Transactions: 28

Totals: $0.24   $0.00

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PEX | $0.24 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.24 |
| **Totals:** | **$0.24** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.24** |