UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES EARL THOMPSON )<br>Reg.# 05892-007 )<br>FCI Petersburg (Medium) )<br>P.O. Box 90043 )<br>Petersburg, Virginia 23804 )<br> )<br>Plaintiff, )<br> )<br>v. )<br> )<br>EXECUTIVE OFFICE FOR THE )<br>UNITED STATES ATTORNEYS )<br>FOIA/Privacy Act Unit )<br>600 E Street, N.W. )<br>Room 7300 )<br>Washington, D.C. 20530 )<br> )<br>Defendant. )<br> )<br>_____) | Civil Action No. 07-1848 (RMU) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney John G. Interrante as counsel for defendant in the above-captioned case.

                        ____/s/_____
                        JOHN G. INTERRANTE
                        PA Bar # 61373
                        Assistant United States Attorney
                        Civil Division
                        555 4th Street, N.W.
                        Washington, D.C. 20530
                        (202) 514-7220
                        (202) 514-8780 (fax)
                        John.Interrante@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was served by First-Class mail, postage prepaid to:

JAMES EARL THOMPSON
Reg.# 05892-007
FCI Petersburg (Medium)
P.O. Box 90043
Petersburg, Virginia 23804

on this _____ day of November, 2007.

                                              ____/s/_____
                                              JOHN G. INTERRANTE
                                              Assistant United States Attorney
                                              Civil Division
                                              555 4th Street, N.W.
                                              Washington, D.C. 20530
                                              (202) 514-7220
                                              (202) 514-8780 (fax)
                                              John.Interrante@usdoj.gov