## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JAMES EARL THOMPSON, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) Civil Action No. 07-1848 (RMU) |
|  | ) |
| EXECUTIVE OFFICE FOR THE | ) |
| UNITED STATES ATTORNEYS, | ) |
|  | ) |
| Defendant. | ) |

### DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME
### TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Defendant, Executive Officer for the United States Attorneys, respectfully requests an extension of time of 30 days to, and including, December 30, 2007, in which to file an answer or otherwise respond to the complaint in this case, which arises under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. The United States Attorney for the District of Columbia received a copy of the complaint on October 31, 2007. Pursuant to 5 U.S.C. § 552(a)(4)(C), Defendant's response to a FOIA complaint is due within 30 days of service of the complaint, or by November 30, 2007. This is the first request for an enlargement of time in the case. Because Plaintiff is incarcerated and proceeding pro se, we have not endeavored to ascertain Plaintiff's position with respect to this motion.

Defendant requests an enlargement of time because this case was assigned to the undersigned Assistant United States Attorney after he transferred to the Civil Division on November 5, 2007. Undersigned counsel has been assigned a number of other cases with pending matters, and will need additional time to review the case files, and to confer and consult with agency counsel, prior to

responding to the complaint. In addition, the United States is generally entitled to 60 days to answer or respond to a civil complaint, pursuant to Fed. R. Civ. P. 12(a)(3)(A), and this complaint nominally seeks relief under the Privacy Act, as well as FOIA.[1]

WHEREFORE, the defendant respectfully requests an enlargement of time of 30 days to file an answer or otherwise respond to the complaint.

                                              Respectfully submitted,

                                              /s/
                                              JEFFREY A. TAYLOR, D.C. Bar # 498610
                                              United States Attorney

                                              /s/
                                              RUDOLPH CONTRERAS, D.C. Bar # 434122
                                              Assistant United States Attorney

                                              /s/
                                              JOHN G. INTERRANTE
                                              PA Bar # 61373
                                              Assistant United States Attorney
                                              Civil Division
                                              555 4th Street, N.W.
                                              Washington, D.C. 20530
                                              (202) 514-7220
                                              (202) 514-8780 (fax)
                                              John.Interrante@usdoj.gov

---

[1] The caption of the complaint describes the case as arising under FOIA and the Privacy Act, although it is not clear from the complaint what relief, if any, Plaintiff seeks under the Privacy Act.

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was served by First-Class mail, postage prepaid to:


JAMES EARL THOMPSON
Reg.# 05892-007
FCI Petersburg (Medium)
P.O. Box 90043
Petersburg, Virginia 23804

on this 30th day of November, 2007.

                                                            /s/
                                          JOHN G. INTERRANTE
                                          Assistant United States Attorney
                                          Civil Division
                                          555 4th Street, N.W.
                                          Washington, D.C. 20530
                                          (202) 514-7220
                                          (202) 514-8780 (fax)
                                          John.Interrante@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JAMES EARL THOMPSON,              )<br>                                                          )<br>            Plaintiff,                           )<br>                                                          )<br>    v.                                                )<br>                                                          )<br> EXECUTIVE OFFICE FOR THE    )<br> UNITED STATES ATTORNEYS,   )<br>                                                          )<br>            Defendant.                      )<br>                                                          ) | Civil Action No. 07-1848 (RMU) |

**ORDER**

Upon Consideration of the Defendant's Motion for Enlargement of Time to Answer or Otherwise Respond to Complaint, and the entire record herein, it is hereby **ORDERED** that the motion is **GRANTED**.

It is further **ORDERED** that the defendant shall file an answer or otherwise respond to the complaint by December 30, 2007.

It is **SO ORDERED** this _____ day of November, 2007.

Ricardo M. Urbina
United States District Judge