UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES EARL THOMPSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EXECUTIVE OFFICE FOR THE ) <br> UNITED STATES ATTORNEYS, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 07-1848 (RMU) |

## ANSWER

Defendant, Executive Office for the United States Attorneys ("EOUSA"), by and through its undersigned attorneys, hereby answers plaintiff's complaint as follows:[1]

### FIRST DEFENSE

The Executive Office for United States Attorneys is not a proper party defendant.

### SECOND DEFENSE

Plaintiff has failed to exhaust administrative remedies.

### THIRD DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

### FOURTH DEFENSE

In response to the specifically enumerated paragraphs, as set forth in the Complaint, Defendant admits, denies and otherwise avers as follows:

---

[1] Defendant intends to file a motion for summary judgment in this case, but requires additional time to obtain the necessary declaration and prepare the motion. Defendant respectfully requests that the Court enter an order granting Defendant at least 30 days to file a dispositive motion.

1.   Paragraph 1 of the Complaint consists of Plaintiff's characterization of his claims and no response is necessary.  To the extent that a response is deemed necessary, Defendant admits the allegation contained in the second sentence of this paragraph, and denies the remaining allegations contained in Paragraph 1.

2.   Paragraph 2 of the Complaint sets forth a legal conclusion and allegation of personal jurisdiction to which no response is necessary.   To the extent a response is deemed necessary, Defendant lacks sufficient knowledge to admit or deny the allegation, and therefore denies it.

3.   Paragraph 3 of the Complaint sets forth a legal conclusion and jurisdictional allegation to which no response is required.  To the extent a response is deemed necessary, Defendant denies the allegation contained in this paragraph, and further avers that the principal place of business for the Executive Office for United States Attorneys is the Main Department of Justice Building, 10th & Pennsylvania Avenue, N.W., Washington, D.C.  20530.

4.   Paragraph 4 of the Complaint sets forth a legal conclusion and jurisdictional allegation to which no response is required.  To the extent a response is deemed necessary, Defendant denies this allegation and further avers that as a component of the United States Department of Justice, the Freedom of Information Act Staff of the Executive Office for United States Attorneys acts on behalf of the United States Attorneys Offices in matters related to the Freedom of Information and Privacy Acts.

5.   Paragraph 5 of the Complaint sets forth legal conclusions and allegations of subject matter jurisdiction to which no response is required.  To the extent that a response is deemed necessary, Defendant admits that the Court has jurisdiction in this matter pursuant to 5 U.S.C. § 552(a)(4)(B), and otherwise denies the allegations contained in Paragraph 5.

6. Defendant admits that Plaintiff submitted identification information with a Freedom of Information ("FOIA") request, dated February 10, 2005, and processed by EOUSA as Request No. 05-629. Defendant further avers that the "Exhibit A" referenced in this paragraph was not attached to the copy of the Complaint served on Defendant or filed with the Court, and that the document itself is the best evidence of its contents.

7. Defendant admits that Plaintiff was advised, by letter dated March 25, 2005, that FOIA requests are processed in the order in which they are received unless the request is a very large request and further avers that the document itself is the best evidence of its contents.

8-9. Defendant denies the allegations contained in Paragraphs 8 and 9.

10. Paragraph 10 of the Complaint sets forth legal conclusions to which no response is required. To the extent that a response is deemed necessary, Defendant lacks sufficient knowledge to confirm or deny the allegations contained in Paragraph 10, and therefore denies them.

11. Paragraph 11 of the Complaint sets forth legal conclusions to which no response is required. To the extent that a response is deemed necessary, Defendant denies the allegations contained in Paragraph 11.

12. Paragraph 12 of the complaint sets forth legal conclusions about an affirmative defense relating to the processing of FOIA Request No. 05-629 to which no response is required. To the extent a response is deemed necessary, Defendant denies the allegation contained in Paragraph 12.

13. Defendant incorporates by reference each and every Answer stated in response to Paragraphs 1-12 as if fully stated herein.

14-15. Paragraphs 14 and 15 of the Complaint sets forth legal conclusions to which no response is required. To the extent that a response is deemed necessary, Defendant denies the

allegations contained in Paragraphs 14 and 15.

The last unnumbered paragraph of the Complaint contains Plaintiff's prayers or requests for relief to which no response is required. To the extent that a response is deemed necessary, Defendant denies that Plaintiff is entitled to the relief requested herein or to any relief whatsoever. Defendant further avers that 5 U.S.C. § 552(a)(4)(E) does not authorize an award of fees to a <u>pro se</u> non-attorney plaintiff.

## **GENERAL DENIAL**

Defendant denies each and every statement or allegation in the Complaint that was not expressly admitted or otherwise qualified herein.

WHEREFORE, Defendant, Executive Office for the United States Attorneys, respectfully prays that Plaintiff's complaint be dismissed and requests such further relief as the Court deems appropriate.

        Respectfully submitted,

        /s/
        JEFFREY A. TAYLOR, D.C. Bar # 498610
        United States Attorney

        /s/
        RUDOLPH CONTRERAS, D.C. Bar # 434122
        Assistant United States Attorney

        /s/
        JOHN G. INTERRANTE
        PA Bar # 61373
        Assistant United States Attorney
        Civil Division, E-4806
        555 4th Street, N.W.
        Washington, D.C. 20530
        (202) 514-7220
        (202) 514-8780 (fax)
        John.Interrante@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 28th day of December, 2007, a copy of the foregoing was served by First-Class mail, postage prepaid to:

>JAMES EARL THOMPSON
>Reg.# 05892-007
>FCI Petersburg (Medium)
>P.O. Box 9004
>Petersburg, Virginia 23804

                                                                                                                      /s/
                                              JOHN G. INTERRANTE
                                              Assistant United States Attorney