UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES EARL THOMPSON, )
        Plaintiff, )
)
v. )  Civil Action No. 07-1848(RMU)
)
EXECUTIVE OFFICE FOR THE UNITED )
STATES ATTORNEYS, )
        Defendant. )

### JAMES EARL THOMPSON'S REPLY TO THE EXECUTIVE OFFICE FOR THE UNITED STATES ATTORNEYS' ANSWER TO JAMES EARL THOMPSON'S COMPLAINT

James Earl Thompson, the Plaintiff herein replys as follows to the defendant Executive Office for the United States Attorneys answer:

1) The Executive Office for the United States Attorneys is definitely the proper party defendant.

2) Plaintiff did exhaust his administrative remedies,

3) Plaintiff has sufficiently stated a claim upon which relief can be granted; Plaintiff has requested the Court to direct the defendant to relinquish Records that the Plaintiff is entitled to.

### GENERAL REPLY

4) Plaintiff incorporates all his previous assertions set forth in the original complaint to the extent suitable.

For the foregoing reasons Plaintiff prays that the Court order the defendant to turn over the 154 pages of records that withheld pursuant to plaintiff's request under number 05-629.

Date: January 9, 2008

Respectfully Submitted,
James Earl Thompson #05892-007
James Earl Thompson #05892-007
FCC Petersburg - Medium
P.O. Box 90043
Petersburg, VA 23804

-1-

RECEIVED
JAN 1 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

I hereby certify that, on this __9__ day of January, 2008 a copy of the foregoing was served by First Class mail, postage prepaid to:

>Attorney for the Executive Office
>For the United States Attorney
>555 4th Street, NW
>Washington, DC 20001

*James Earl Thompson*
James Earl Thompson