UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| James Earl Thompson, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 07-1848 (RMU) |
| | : | |
| Executive Office for | : | |
| United States Attorneys, | : | |
| | : | |
| Defendant. | : | |

## ORDER

### Directing the Defendant to File a summary judgment Motion

This matter is before the court on the defendant's answer to the plaintiff's complaint brought under the Freedom of Information Act, 5 U.S.C. § 552. The requirements of Local Civil Rule 16.3 and Federal Rule of Civil Procedure 26(f) are inapplicable. *See* Local Civil Rule 16.3(b)(9). In its answer, the defendant raises grounds for dismissal and notes its need for additional time to file a summary judgment motion. Accordingly, it is this 8th day of May 2008, hereby

**ORDERED** that the defendant shall file its summary judgment motion no later than June 9, 2008.

**SO ORDERED.**

RICARDO M. URBINA
United States District Judge