UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES EARL THOMPSON,              ) | |
|                      **Plaintiff,**   ) | |
| v.                                                       ) | Case No: 07-01848 (RMU) |
| EXECUTIVE OFFICE FOR                ) | |
| THE UNITED STATES ATTORNEYS, ) | |
|                      **Defendant.**   ) | |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Special Assistant United States Attorney Cindy S. Owens as counsel for defendant in the above-captioned case.

Respectfully submitted,

      /s/
Cindy S. Owens, D.C. BAR #491465
Special Assistant United States Attorney
555 Fourth St., N.W.
Room E4112
Washington, D.C. 20530
(202) 616-2257
cindy.owens@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 9[h] day of May, 2008, a copy of the foregoing was served by

First-Class mail, postage prepaid to:


JAMES EARL THOMPSON
Reg. # 05892-007
FCI Petersburg (Medium)
P.O. Box 90043
Petersburg, Virginia 23804

                                                /s/
                                    Cindy S. Owens, D.C. BAR #491465
                                    Special Assistant United States Attorney
                                    555 Fourth St., N.W.
                                    Room E4112
                                    Washington, D.C. 20530
                                    (202) 616-2257
                                    cindy.owens@usdoj.gov