UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES EARL THOMPSON,       )<br>                            )<br>        Plaintiff,           )<br>    v.                      )   Case No: 07-01848 (RMU)<br>                            )<br>EXECUTIVE OFFICE FOR        )<br>THE UNITED STATES ATTORNEYS,)<br>                            )<br>        Defendant.           )<br>                            ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

**I.     Introduction.**

Plaintiff, James Earl Thompson, files this case under the Freedom of Information Act ("FOIA") seeking information pertaining to the case of Thompson v. United States, Case No.-F-3103-96. In response, Defendant searched and found a total of 44 pages of responsive records. Defendant, however, withheld those records in their entirety pursuant to FOIA Exemptions (b)(3) (in conjunction with the Federal Rules of Criminal Procedure 6(e)) and (b)(7)(C).

As explained below, Defendant properly invoked these FOIA exemptions to withhold the documents because the records are protected by the Federal Rule of Criminal Procedure 6(e) that regulates the disclosure of matters before a grand jury, and because there is no public interest in disclosure that outweighs the third parties' privacy interests in this information. Accordingly, the Court should grant summary judgment in Defendant's favor and dismiss this