UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES EARL THOMPSON, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No: 07-01848 (RMU) |
| ) | |
| EXECUTIVE OFFICE FOR ) | |
| THE UNITED STATES ATTORNEYS, ) | |
| ) | |
| Defendant. ) | |

### ERRATA

This Errata is to (1) correct the heading found on page 8 of Defendant's Motion for Summary Judgment and (2) correct the Errata filed in error on June 10, 2008. The new page 8 is hereby submitted through this Errata.

_____
CINDY S. OWENS, D.C. BAR #491465
Special Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-2257

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES EARL THOMPSON,          )<br>                              )<br>     Plaintiff,              )<br>                              )<br>     v.                       )<br>                              )<br>EXECUTIVE OFFICE FOR          )<br>THE UNITED STATES ATTORNEYS,  )<br>                              )<br>     Defendant.              )<br>                              ) | Case No: 07-01848 (RMU) |

MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

**I.    Introduction.**

Plaintiff, James Earl Thompson, files this case under the Freedom of Information Act ("FOIA") seeking information pertaining to the case of <u>Thompson v. United States</u>, Case No.-F-3103-96. In response, Defendant searched and found a total of 44 pages of responsive records. Defendant, however, withheld those records in their entirety pursuant to FOIA Exemptions (b)(3) (in conjunction with the Federal Rules of Criminal Procedure 6(e)) and (b)(7)(C).

As explained below, Defendant properly invoked these FOIA exemptions to withhold the documents because the records are protected by the Federal Rule of Criminal Procedure 6(e) that regulates the disclosure of matters before a grand jury, and because there is no public interest in disclosure that outweighs the third parties' privacy interests in this information. Accordingly, the Court should grant summary judgment in Defendant's favor and dismiss this

## CERTIFICATE OF SERVICE

I hereby certify that, on this 11th day of June, 2008, a copy of the foregoing was served by First-Class mail, postage prepaid to:

JAMES EARL THOMPSON
Reg. # 05892-007
FCI Petersburg (Medium)
P.O. Box 90043
Petersburg, Virginia 23804

                                                  /s/
                                     Cindy S. Owens, D.C. BAR #491465
                                     Special Assistant United States Attorney
                                     555 Fourth St., N.W.
                                     Room E4112
                                     Washington, D.C. 20530
                                     (202) 616-2257
                                     cindy.owens@usdoj.gov