UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES EARL THOMPSON,           )<br>                                                          )<br>         Plaintiff,                      )<br>     v.                                       )     Case No: 07-01848 (RMU)<br>                                                          )<br>EXECUTIVE OFFICE FOR    )<br>THE UNITED STATES ATTORNEYS,   )<br>                                                          )<br>         Defendant.                  )<br>                                                          ) | |

### NOTICE OF SERVICE

The Clerk of the Court will please note that the copy of Defendant's "Reply in Support of Its Motion for Summary Judgment and Opposition to Motion in Response to Defendant's Motion for Summary Judgment" which was served on Plaintiff on July 10, 2008 at the Federal Correction Institute ("FCI") in Petersburg Virginia was returned to Defendant via U.S. mail on July 30, 2008. Upon receipt of the returned envelop the undersigned confirmed, via the Bureau of Prisons Inmate Locator website, that Plaintiff was transferred to the FCI in Butner, North Carolina. Defendant is now re-serving the above mentioned Reply and Opposition on Plaintiff and sending it to the FCI in Butner. The new certificate of service is attached hereto.

                                                            Respectfully submitted,
                                                            JEFFREY A. TAYLOR
                                                            UNITED STATES ATTORNEY
                                                            D.C. BAR NUMBER 498-610

          By:                       /s/   Cindy S. Owens
                                                            Cindy S. Owens, D.C. BAR #491465
                                                            Special Assistant United States Attorney
                                                            555 Fourth St., N.W.
                                                            Room E4112
                                                            Washington, D.C. 20530
                                                            (202) 616-2257

## CERTIFICATE OF SERVICE

I hereby certify that, on this 30th day of July, 2008, a copy of the Notice of Service and Defendant's Reply in Support of Its Motion for Summary Judgment and Opposition to "Motion in Response to Defendant's Motion for Summary Judgment" was served by First-Class mail, postage prepaid to:

JAMES EARL THOMPSON
Reg. # 05892-007
FCI BUTNER MEDIUM II
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1500
BUTNER, NC 27509

                    /s/
Cindy S. Owens, D.C. BAR #491465
Special Assistant United States Attorney
555 Fourth St., N.W.
Room E4112
Washington, D.C. 20530
(202) 616-2257
cindy.owens@usdoj.gov