**RECEIVED**

JUL 3 0 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Mr. James E. Thompson 05892-007
FCI Butner (2)
POB 1500
Butner, NC   27509

July 25, 2008

CV No. 07-01848-RMU

Clerk of Court
U.S. District Courthouse
333 Constitution Avenue, N.W.
DC    20001

### NOTICE OF CHANGE OF ADDRESS

   Comes now Petitioner, James Earl Thompson, pro se respectfully informs this Honorable Court that he has been transferred to:

FCI Butner (2)
P.O. Box 1500
Butner, NC   27509

from FCI, Petersburg, VA since Februry 4, 2008.  Would you forward all legal mail to aboved new address at FCI Butner (2) facility.

                              Respectfully submitted,

                              *James Earl Thompson*
                              James E. Thompson  05892-007
                              FCI (2) Butner
                              Butner, NC   27509

cc: AUSA Office